IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SITHASONE SYSOURATH,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>JAMES E. TILTON,<br><br>　　　　Respondent.<br>_____/ | 1:06-cv-01601 LJO-TAG (HC)<br><br>ORDER GRANTING IN PART AND DENYING IN PART PETITIONER'S REQUEST FOR EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE<br><br>(Doc. 6)<br><br>THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.

On January 4, 2008, the Court issued an order to show cause, directing Petitioner to show cause why his petition for writ of habeas corpus should not be dismissed for failing to exhaust state court remedies and for violating the one-year statute of limitations. (Doc. 5). Petitioner's response to the order to show cause is due by February 7, 2008. On February 5, 2008, Petitioner filed a motion to extend the time to file a response to the order to show cause by 45 days. (Doc. 6).

Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　1. Petitioner's motion for an extension of time to file a response to the order to show cause (Doc. 6) is GRANTED IN PART AND DENIED IN PART, as follows:

　　　　A. Petitioner is granted thirty (30) days from the date of service of this order in which to file a response to the order to show cause; and

B.  Petitioner's request for a forty-five (45) day of extension of time is DENIED.

Petitioner is forewarned that his failure to comply with this order may result in Findings and Recommendations recommending that the petition for writ of habeas corpus be dismissed.

IT IS SO ORDERED.

Dated:   **February 6, 2008**                                  **/s/ Theresa A. Goldner**
                                                               UNITED STATES MAGISTRATE JUDGE